UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEYER, et al., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.:  21-cv-341-RSH-BLM <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO FILE A MOTION TO COMPEL DISCOVERY** <br><br> **[ECF No. 256]** |

Before the Court is the parties' Joint Motion to extend Plaintiff's deadline to file a motion to compel discovery. ECF No. 256. Good cause appearing, the Court **GRANTS** the motion. Plaintiff's deadline to file a motion to compel discovery is extended from November 4, 2024 to November 25, 2024.

1. Plaintiffs must file their motion on or before **November 25, 2024**.
2. Defendants must file any opposition on or before **December 2, 2024**.
3. Plaintiffs may file any reply on or before **December 9, 2024**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

/ / /

/ / /

/ / /

1    **IT IS SO ORDERED.**

3    Dated:  10/30/2024

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge