UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEYER, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                    Defendants. | Case No.: 21-cv-341-RSH-BLM<br><br>**ORDER GRANTING JOINT MOTION AND REQUEST TO ALLOW PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT PURSUANT TO FRCP RULE 15(a)(2)**<br><br>[ECF No. 281] |

The Court, having considered the Joint Motion and Request to Allow Plaintiff to File a Third Amended Complaint Pursuant to FRCP, Rule 15(a)(2), and for good cause shown, hereby enters the following order:

    A. Plaintiff's request to file the Third Amended Complaint to remove defendant County of San Diego from the ninth cause of action, and substitute "Pam Hurd" for the "HHSA Program Manager DOE" designation is granted.

    B. Plaintiff may file the Third Amended Complaint by no later than five (5) days from the date of this Order or by April 8, 2025.

C. The current briefing schedule [ECF No. 274] remains operative as to Plaintiff's Third Amended Complaint.

**IT SO ORDERED**.

Dated: April 1, 2025

_____
Hon. Robert S. Huie
United States District Judge